IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY TOWERS, LLC,         :<br>:<br>Plaintiff,      :<br>:<br>v.             :<br>:<br>ZONING HEARING BOARD OF THE   :<br>TOWNSHIP OF LOWER MAKEFIELD,  :<br>BUCKS COUNTY, PENNSYLVANIA,   :<br>:<br>Defendant.       | CIVIL ACTION<br><br>NO. 10-1666 |

## ORDER

**AND NOW,** this _____ day of August, 2011, upon consideration of Defendant Nathan M. Edelstein's Motion For Summary Judgment (Doc. 25); Defendant Lauren Templeton's Motion For Summary Judgment (Doc. 27); Defendant Lower Makefield Township's Motion For Summary Judgment (Doc. 29); Plaintiff Liberty Towers, LLC's Motion For Summary Judgment (Doc. 30); and all Responses in Opposition thereto, (Docs. 31-34) , **IT IS HEREBY ORDERED and DECREED** that Defendant Lower Makefield Township's Motion For Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED AND DECREED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**